United States District Court
Southern District of Texas
**ENTERED**
September 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MOUSSA IBOURAHIM, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-861 |
| | § | |
| WARDEN, PORT ISABEL DETENTION CENTER, | § | |
| | § | |
| | § | |
| Respondent. | § | |

# ORDER

Moussa Ibourahim filed a Petition for Writ of Habeas Corpus (Doc. 1). In August 2026, based on the record and the applicable law, a Magistrate Judge issued a Report and Recommendation (Doc. 17) recommending that the Court dismiss the Petition. No party filed objections to the Report and Recommendation.[1]

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b), Advisory Comm. Note (1983). The Court has reviewed the Report and Recommendation and finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 17). It is:

**ORDERED** that Petitioner Moussa Ibourahim's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED WITHOUT PREJUDICE**.

Each party shall bear its own fees and costs.

This is a final and appealable order.

[1] The Clerk of Court mailed the Report and Recommendation to Petitioner at the address that he provided and maintained with the Court, (*see* Notice of Address Change, Doc. 13), but the document was returned as undeliverable. (See Mail Return, Doc. 19) Mailing of documents to the address that a litigant provides satisfies the notice requirement for a Report and Recommendation. *See Lewis v. Hardy*, 248 F. App'x 589, 593 n.1 (5th Cir. 2007) (unpubl.) (noting that when the clerk's office mails a report and recommendation to the plaintiff's last known address and it is returned as undeliverable, the plaintiff "is solely responsible for not receiving" the mailing).

The Clerk of Court is directed to close this case.

Signed on September 30, 2026.

Fernando Rodriguez, Jr.
United States District Judge